```
COURT EXHIBIT
6   3/28/07
01-445
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

F I L E D
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

-----------------------------------------------------------------X
                                                         ★  MAR 2 8 2007  ★

AMW MATERIALS TESTING, INC. and
ANTHONY ANTONIOU,                                      ENTERED

                                                  ★ ─────── ★
                    **Plaintiffs,**                    **VERDICT SHEET**

        -against-                                      **CV 01-4245 (ADS)**

**TOWN OF BABYLON and THE NORTH**
**AMITYVILLE FIRE COMPANY, INC.,**

                    **Defendants.**
-----------------------------------------------------------------X

**SPATT, District Judge:**

     According to the principles of law as charged by the Court and the facts as you find them,

please answer the following questions:

## I. AS TO THE TWO FEDERAL CERCLA CAUSES OF ACTION

### A. As to the defendant North Amityville Fire Company, Inc. First Federal CERCLA Cause of Action

1. Did the defendants prove that the defendant North Amityville Fire Company was taking action

"in response to an emergency created by the release or threatened release of a hazardous substance"?

          YES _____                        NO __✗__

     If your answer to question 1 is "YES," please answer question 2.

     If your answer to question 1 is "NO," you have found a verdict in favor of the defendant

North Amityville Fire District in the first Federal Cercla cause of action. Please proceed to question

3.

2.   Did the plaintiffs prove that in its actions at the scene of the fire, the defendant North Amityville Fire Company acted with gross negligence or intentional misconduct?

YES _____                    NO _____

If your answer to question 2 is "YES," you have found a verdict in favor of the plaintiffs AMW Materials Testing and Anthony Antoniou against the defendant North Amityville Fire Company in the First Federal CERCLA cause of action.  In that event, please proceed to question 5.

If your answer to question 2 is "NO," you have found a verdict in favor of the defendant North Amityville Fire District in the first CERCLA cause of action.  Please proceed to question 3.

## Second Federal Cercla Cause of Action

3.   Did the plaintiffs prove that some time during its presence at the scene of the fire, the defendant North Amityville Fire Company was **not** taking action "in response to an emergency created by the release or threatened release of a hazardous substance"?

YES _____                    NO __✗__

If your answer to question 3 is "YES," please answer question 4.

If your answer to question 3 is "NO," you have found a verdict in favor of the defendant North Amityville Fire Company in the Second Federal CERCLA cause of action.  Please proceed to question 5.

4.   Did the plaintiffs prove that the defendant North Amityville Fire Company was an "operator"[1] of[*] the AMW Materials Testing facility, as the Court defined that term for you?

YES _____                          NO _____


If your answer to question 4 is "YES," you have found a verdict in favor of the plaintiffs and against the defendant North Amityville Fire Company in the Second Federal CERCLA cause of action.  Please proceed to question 5.


If your answer to question 4 is "NO," you have found a verdict in favor of the defendant North Amityville Fire Company in the ~~second~~ Federal CERCLA cause of action.  Please proceed to question 5.

**B. As to the defendant Town of Babylon**
**First CERCLA Cause of Action**


5.   Did the defendants prove that the defendant Town of Babylon was taking action "in response to an emergency created by the release or threatened release of a hazardous substance"?

YES ⨯_____                          NO _____


If your answer to question 5 is "YES," please answer question 6.

If your answer to question 5 is "NO," you have found a verdict in favor of the defendant North Amityville Fire District in the first Federal CERCLA cause of action.  Please proceed to question 7.

6.  Did the plaintiffs prove that in its actions at the scene of the fire, the defendant Town of Babylon acted with gross negligence or intentional misconduct?

YES _____          NO __✗__

If your answer to question 6 is "YES," you have found a verdict in favor of the plaintiffs AMW Materials Testing and Anthony Antoniou against the defendant Town of Babylon in the first Federal CERCLA cause of action.  In that event, please proceed to the instructions preceding question 9.

If your answer to question 6 is "NO," you have found a verdict in favor of the defendant Town of Babylon ~~North Amityville Fire District~~ in the first CERCLA cause of action.  Please proceed to question 7.

## Second Federal CERCLA Cause of Action

7.  Did the plaintiffs prove that some time during its presence at the scene of the fire, the defendant Town of Babylon was **not** taking action "in response to an emergency created by the release or threatened release of a hazardous substance"?

YES _____          NO __✗__

If your answer to question 7 is "YES," please answer question 8.

If your answer to question 7 is "NO," you have found a verdict in favor of the defendant Town of Babylon in the Second Federal CERCLA cause of action.  Please proceed to the instructions preceding question 9.

8.    Did the plaintiffs prove that the defendant Town of Babylon was an "operator of" the AMW

Materials Testing facility, as the Court defined that term for you?

                    YES _____                    NO _____


If your answer to question 8 is "YES," you have found a verdict in favor of the plaintiffs and

against the defendant Town of Babylon in the Second Federal CERCLA cause of action.  Please

proceed to the instructions preceding question 9.

If your answer to question 8 is "NO," you have found a verdict in favor of the defendant

Town of Babylon in the Second Federal CERCLA cause of action.  Please proceed to the instructions

preceding question 9.

### C. **Apportionment**

Only if you have found a verdict in favor of the plaintiffs against the defendant North

Amityville Fire Company and/or the defendant Town of Babylon, in either or both Federal CERCLA

causes of action, please answer question 9.  If your verdict is in favor of both defendants in both

Federal CERCLA causes of action, do not answer question 9.  In that event, please proceed to

question 11.


9.    Did the defendants prove that the plaintiff AMW Materials Testing and/or the plaintiff

Anthony Antoniou are also liable for releasing hazardous substances at the fire?

                    YES _____                    NO _____


If your answer to question 9 is "YES," please answer question 10.

If your answer to question 9 is "NO," there will be no apportionment of liability.  In that

event, please proceed to question 11.

10.     Determine the percentage of responsibility as between the defendants and the plaintiffs for

contributing to the discharge of hazardous materials.  In this regard only consider the defendant or

defendants you have found to be liable in these Federal CERCLA cause of action.

Percentage of fault apportioned to the defendant
North Amityville Fire Company                                        \_\_\_\_\_ %

Percentage of fault apportioned to the defendant
Town of Babylon                                                         \_\_\_\_\_ %

Percentage of fault apportioned to the plaintiffs                     \_\_\_\_\_ %

(The total must be 100%)                                               100%

Please proceed to question 11.


## II. AS TO THE NEW YORK STATE NAVIGATION LAW CAUSE OF ACTION

### A. As to the defendant North Amityville Fire Company, Inc.

11.     Did the plaintiffs prove that the defendant North Amityville Fire Company caused or

contributed to a discharge of petroleum in the October 9, 2000 fire?

YES _____                              NO \_\_✗\_\_\_\_


If your answer to question 11 is "YES," please answer question 12.

If your answer to question 11 is "NO," you have found a verdict in favor of the defendant

North Amityville Fire Company in the New York Navigation Law cause of action.  In that event,

please proceed to question 13.

12.     Did the plaintiffs prove that, in its actions at the scene of the fire, the defendant North Amityville Fire Company acted with willful or gross negligence?

YES _____                              NO _____

If your answer to question 12 is "YES," you have found a verdict in favor of the plaintiffs AMW Materials Testing and Anthony Antoniou against the defendant North Amityville Fire Company in the New York Navigation Law cause of action.  Please proceed to question 13.

If your answer to question 12 is "NO," you have found a verdict in favor of the defendant North Amityville Fire Company in the New York Navigation Law cause of action.  Please proceed to question 13.

## B. As to the defendant Town of Babylon

13.     Did the plaintiffs prove that the defendant Town of Babylon caused or contributed to a discharge of petroleum in the October 9, 2000 fire?

YES _____                              NO __✗_____

If your answer to question 13 is "YES," you have found a verdict in favor of the plaintiffs AMW Materials Testing and Anthony Antoniou against the defendant Town of Babylon in the New York Navigation Law cause of action.  Please proceed to the instructions following this question.

If your answer to question 13 is "NO," you have found a verdict in favor of the defendant Town of Babylon in the New York Navigation Law cause of action.  Please proceed to the instructions following this question.

## INSTRUCTIONS

If your verdict is in favor of both defendants in this New York Navigation Law cause of action, do not answer the apportionment questions. In that event, please proceed to question 16.

If your verdict is in favor of the plaintiffs against defendant North Amityville Fire Company and/or defendant Town of Babylon in this New York Navigation Law cause of action, please answer the apportionment questions. In that event, please proceed to question 14.

### C. Apportionment

14.    Did the defendant North Amityville Fire Company and/or the defendant Town of Babylon prove that the plaintiffs AMW Materials Testing and/or Anthony Antoniou contributed to the discharge of petroleum?

YES _____            NO _____

If your answer to question 14 is "YES," please answer question 15.

If your answer to question 14 is "NO," there will be no apportionment of liability.   In that event, please proceed to question 16.

15.    Determine the percentage of responsibility as between the defendants North Amityville Fire Company and/or Town of Babylon and the plaintiffs for contributing to the discharge of petroleum. In this regard only consider the defendant or defendants you have found to be liable in this New York Navigation Law cause of action.

| | |
|---|---|
| Percentage of fault apportioned to the defendant North Amityville Fire Company | _____ % |
| Percentage of fault apportioned to the defendant Town of Babylon | _____ % |
| Percentage of fault apportioned to the plaintiffs | _____ % |
| (The total must be 100%) | 100% |

Please proceed to question 16.


### III. **AS TO THE NEW YORK NEGLIGENCE CAUSE OF ACTION**

#### A. **As to the defendant North Amityville Fire Company, Inc.**

16.    Did the plaintiffs prove that the defendant North Amityville Fire Company had a "special relationship" - as the Court has defined that term - with the plaintiffs with regard to the actions of the defendant North Amityville Fire Company at the scene of the fire?

YES _____          NO ✗ _____

If your answer to question 16 is "YES," please answer question 17.

If your answer to question 16 is "NO," you have found a verdict in favor of the defendant North Amityville Fire Company in the negligence cause of action.  In that event, please proceed to question 19.


17.    Did the plaintiffs prove that the defendant North Amityville Fire Company was negligent in its actions at the scene of the fire on October 9, 2000?

YES _____          NO _____

If your answer to question 17 is "YES," please answer question 18.

If your answer to question 17 is "NO," you have found a verdict in favor of the defendant North Amityville Fire Company in the New York Negligence cause of action.  In that event, please proceed to question 19.

18.   Did the plaintiffs prove that the negligence of the defendant North Amityville Fire Company was a proximate cause of the increased or unnecessary damage to the plaintiff's building and/or the increased release of hazardous materials?

YES _____          NO _____

If your answer to question 18 is "YES," you have found a verdict in favor of the plaintiffs against the defendant North Amityville Fire Company in the New York Negligence cause of action. In that event, please proceed to question 19.

If your answer to question 18 is "NO," you have found a verdict in favor of the defendant North Amityville Fire Company in the New York Negligence cause of action. In that event, please proceed to question 19.

### B.   As to the defendant Town of Babylon

19.   Did the plaintiffs prove that the defendant Town of Babylon had a "special relationship" - as the Court has defined that term - with the plaintiffs with regard to the actions of the defendant Town of Babylon at the scene of the fire?

YES _____          NO __✗__

If your answer to question 19 is "YES," please answer question 20.

If your answer to question 19 is "NO," you have found a verdict in favor of the defendant Town of Babylon in the negligence cause of action. In that event, please proceed to the instructions following question 21.

20.   Did the plaintiffs prove that the defendant Town of Babylon was negligent in its actions at the scene of the fire on October 9, 2000?

YES _____                              NO _____


If your answer to question 20 is "YES," please answer question 21.

If your answer to question 20 is "NO," you have found a verdict in favor of the defendant Town of Babylon in the New York Negligence cause of action.  In that event, please proceed to the instructions following question 21.


21.   Did the plaintiffs prove that the negligence of the defendant Town of Babylon was a proximate cause of the increased or unnecessary damage to the plaintiff's building and/or the increased release of hazardous materials?

YES _____                              NO _____


If your answer to question 21 is "YES," you have found a verdict in favor of the plaintiffs against the defendant Town of Babylon in the New York Negligence cause of action.  In that event, please proceed to the instructions following this question.

If your answer to question 21 is "NO," you have found a verdict in favor of the defendant Town of Babylon in the New York Negligence cause of action.  In that event, please proceed to the instructions following this question.

### INSTRUCTIONS

If your verdict is in favor of both defendants in this New York Negligence cause of action, do not answer the apportionment questions.  In that event, please proceed to the instructions preceding question 24.

-11-

If your verdict is in favor of the plaintiffs against defendant North Amityville Fire Company and/or defendant Town of Babylon in this New York Negligence cause of action, please answer the apportionment questions.  In that event, please proceed to question 22.


## C. **Apportionment**

22.    Did the defendant North Amityville Fire Company and/or the defendant Town of Babylon prove that the plaintiffs AMW Materials Testing and Anthony Antoniou were also negligent in their actions with regard to the fire on October 9, 2000?

           YES ____  ____                          NO ____  ____


If your answer to question 22 is "YES," please answer question 23.

If your answer to question 22 is "NO," there will be no apportionment of liability.   In that event, please proceed to the instructions preceding question 24.


23.    Determine the percentage of responsibility as between the defendants Town of Babylon and/or North Amityville Fire Company and the plaintiffs for their negligence with regard to their actions with regard to the fire of October 9, 2000.  In this regard only consider the defendant or defendants you have found to be liable in this New York Negligence cause of action.

Percentage of negligence apportioned to the defendant
      North Amityville Fire Company                                    ____ %

Percentage of negligence apportioned to the defendant
      Town of Babylon                                                       ____ %

Percentage of negligence apportioned to the plaintiffs        ____ %

(The total must be 100%)                                             100%

## INSTRUCTIONS

In the event that you have found a verdict in favor of both defendants North Amityville Fire Company and Town of Babylon on all three causes of action, do not answer the damages questions. In that event, the foreperson should sign and date the Verdict Sheet and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

If you have found a verdict against either or both defendants on any of the three causes of action, please answer the appropriate damages questions that follow.


## DAMAGES

### Damages Only as to the CERCLA and Negligence Causes of Action

24.    What amount of damages, if any, do you award to the plaintiffs for the total past costs of remediation?                                                     $ _____

### Damages Only as to the Negligence Cause of Action

25.    What amount of damages, if any, do you award to the plaintiffs for the total costs for future remediation?                                                     $ _____


26.    What amount of damages, if any, do you award to the plaintiff Anthony Antoniou for the replacement cost of the building at 666 Albany Avenue, North Amityville?       $ _____


27.    What amount of damages, if any, do you award to the plaintiff AMW Materials Testing for replacements costs for its personal property destroyed in the fire?        $ _____

28.     What amount of damages, if any, do you award to the plaintiff AMW Materials Testing for its loss of profits for three years after the fire of October 9, 2000?                    $ _____

### Damages Only as to the New York Navigation Law Cause of Action

Please answer question 29 only if you have found a verdict in favor of the plaintiffs against either or both defendants in the New York Navigation Law cause of action.  Please also remember that these damages are part of the total past and future remediation costs in the other causes of action.

29.     What amount of damages do you award to the plaintiffs for damages caused by the discharge of petroleum?

A)      As to past remediation, what amount of damages, if any, do you award the plaintiffs for past costs of remediation because of the discharge of petroleum                    $ _____

B)      As to future remediation, what amount of damages, if any, do you award the plaintiffs for future costs of remediation because of the discharge of petroleum                    $ _____

Foreperson, please sign and date the verdict sheet and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

Dated:          Central Islip, New York
                March 28, 2007

_____
FOREPERSON